■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN STANDLEY, Also Known as JOHN DEROUNIAN, Appellant.

The record on appeal contains no evidence to support the defendant's contention that he was deprived of his constitutional right to the effective assistance of counsel (US Const 6th, 14th Amends; *see generally, People v Baldi,* 54 NY2d 137). The defendant's remaining contention is without merit. Bracken, J. P., Brown, Weinstein and Rubin, JJ., concur.